IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDIA WHITTAKER,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HARTFORD LIFE INSURANCE** | : | |
| **COMPANY,** | : | No. 11-6465 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **25th** day of **November**, **2012**, upon consideration of Plaintiff's and Defendant's cross-motions for summary judgment, and the parties' responses thereto, and for the reasons stated in the Court's Memorandum dated November 25, 2012, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Document No. 18) is **GRANTED**.

2. Plaintiff's Amended Motion for Summary Judgment (Document No. 22) is **DENIED**.

3. Plaintiff's Motion for Summary Judgment (Document No. 20) is **DENIED as moot**.

4. Judgment is entered in favor of Defendant Hartford Life Insurance Company and against Plaintiff Claudia Whittaker.

5. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**